ann    /004

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re:   CRYSTAL G. CANDLER                                              Case No:   4:20-bk-11253 T

## OBJECTION TO CONFIRMATION OF PLAN
## AS MODIFIED POST-CONFIRMATION ON April 25, 2022

Joyce Bradley Babin, Chapter 13 Standing Trustee, submits this Objection to Confirmation of Plan as Modified Post-Confirmation. The Chapter 13 filing and plan fail to comply with the following:

1.  11 U.S.C. § 1325(b)(1) - The payments to be distributed to unsecured creditors are inconsistent with disposable income.  **The Debtor filed an amended Schedule J. The amended Schedule J has different income amount than the previously filed Schedule I (filed June 8, 2020). The Debtor should file an amended Schedule I providing income information.**

Because the filing and plan fail to comply with applicable provisions of the Bankruptcy Code, confirmation of the plan should be denied and the case should be dismissed pursuant to 11 U.S.C. § 1307 or, alternatively, the Debtor should be given an opportunity to submit an amended plan within a reasonable period of time.

WHEREFORE, the Trustee prays that confirmation of the plan is denied and the case is dismissed pursuant to 11 U.S.C. § 1307, or alternatively, that the Debtor is given an opportunity to submit an amended plan within a reasonable period of time; and for all other just, proper and equitable relief.

/s/  Joyce Bradley Babin
CHAPTER 13 STANDING TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the Debtor's attorney and any other ECF Filing Users through Notice of Electronic Filing (ECF) and on the Debtor and any other non-ECF Filing Users by U.S. Mail, postage prepaid, as further listed below, on April 27, 2022.

/s/  Joyce Bradley Babin
Joyce Bradley Babin

cc:     Crystal G. Candler
        600 W. F Avenue
        North Little Rock, AR  72116