IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: CRYSTAL G. CANDLER  CASE NO: 4:20-bk-11253 T
DEBTOR  CHAPTER 13

## CHAPTER 13 ORDER WITHDRAWING
## TRUSTEE'S OBJECTION TO CONFIRMATION

The court, for cause shown, grants the Trustee's request to withdraw the Trustee's Objection to Confirmation filed April 27, 2022, Docket Entry 146, set for hearing on May 18, 2022, at 9:00 am.

IT IS SO ORDERED.

Date: May 18, 2022

/s/ RICHARD D. TAYLOR
RICHARD D. TAYLOR
United States Bankruptcy Judge

cc: Joyce Bradley Babin, Trustee

Brian Christopher Wilson
P O Box 3098
Little Rock, AR 72203

CRYSTAL G. CANDLER
600 W. F Avenue
North Little Rock, AR 72116

GO11-9/ 058 Order Withdraw Objection / tr