United States Bankruptcy Court
Eastern District of Arkansas

In re:  Case No. 20-11253-rdt
Crystal G. Candler  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0860-4      User: admin      Page 1 of 3
Date Rcvd: May 26, 2022      Form ID: pdf03As      Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crystal G. Candler, 600 W.F Ave., North Little Rock, AR 72116-8726 |
| codb | + | David Chandler, 107 Indian Trail, Searcy, AR 72143-5919 |
| 6530053 | + | Access Credit Management, Attn: Bankruptcy, 11225 Huron Lane, Suite 222, Little Rock, AR 72211-1861 |
| 6530054 | + | Arkansas Emergency Group, 2 St. Vincent Circle, Little Rock, AR 72205-5423 |
| 6530055 | #+ | Ashworth College, 6625 The corners Pkwy NW #500, Norcross, GA 30092-3388 |
| 6530060 | + | CenterPoint Energy, Attn: Bankruptcy, PO Box 4981, Houston, TX 77210-4981 |
| 6530061 | + | Check Alert, PO Box 13560, Maumelle, AR 72113-0560 |
| 6530062 | + | Chrysler Capital, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 6530063 | | Clarity Health & Wellness, A Department of WCMC, 2900 Hawkins Dr., Searcy, AR 72143-4802 |
| 6530064 | + | Collection Services, Inc., PO Box 7545, Little Rock, AR 72217-7545 |
| 6530068 | + | Dalvin Candler, 8120 Hwy 107, Sherwood, AR 72120-3866 |
| 6530069 | + | Economic Recovery Consultants, Attn: Bankruptcy Department, PO Box 200, Searcy, AR 72145-0200 |
| 6530075 | + | Jim Petty, Attorney at Law, PO Box 1503, Searcy, AR 72145-1503 |
| 6530082 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempoe, LLC, 1750 Elm St., Ste 1200, Manchester, NH 03104 |
| 6530083 | #+ | The McHughes Law Firm, PLLC, PO Box 2180, Little Rock, AR 72203-2180 |
| 6530084 | + | U.S. Career Institute, 2001 Lowe St., Fort Collins, CO 80525-5751 |
| 6530086 | + | White County Medical Center, PO Box 1, Searcy, AR 72145-0001 |
| 6530087 | + | White County Video, Inc., 1927 W. Beebe Capps Expy, Searcy, AR 72143-5012 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: verityj22@hotmail.com | May 26 2022 21:51:00 | John Gibson Auto Sales, Inc., 1425 Airport Road, Hot Springs, AR 71913-7955 |
| 6530056 | + | Email/Text: g17768@att.com | May 26 2022 21:51:00 | AT&T U-Verse, PO Box 5014, Carol Stream, IL 60197-5014 |
| 6530051 | + | Email/Text: mnapoletano@ars-llc.biz | May 26 2022 21:52:00 | Ability Recovery Services, Attn: Bankruptcy, PO Box 4262, Scranton, PA 18505-6262 |
| 6530052 | + | Email/Text: bankruptcy@rentacenter.com | May 26 2022 21:52:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 6606512 | | Email/PDF: bncnotices@becket-lee.com | May 26 2022 21:59:51 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 6757040 | | Email/Text: dena.wood@dfa.arkansas.gov | May 26 2022 21:51:00 | Arkansas Department of Finance and Admin., Legal Counsel Room 2380, P O Box 1272, Little Rock, AR 72203-1272 |
| 6530059 | | Email/Text: Bankruptcy@my100bank.com | May 26 2022 21:52:00 | Centennial Bank, 1300 Beebe Capps Expy, Searcy, |

4:20-bk-11253 Doc#: 155 Filed: 05/28/22 Entered: 05/28/22 23:19:55 Page 2 of 4

| District/off: 0860-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: pdf03As | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | AR 72143 |
| 6530057 | + | Email/Text: caineweiner@ebn.phinsolutions.com | May 26 2022 21:51:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 6530058 | + | Email/Text: verityj22@hotmail.com | May 26 2022 21:51:00 | Cannon Finance, Inc., 1425 Airport Rd., Hot Springs, AR 71913-7955 |
| 6533515 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 26 2022 21:59:55 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 6557570 | + | Email/Text: bankruptcy@cavps.com | May 26 2022 21:51:00 | Cavalry SPV I, LLC as assignee of HSBC Bank Nevada, 500 Summit Lake Drive Ste 400, Valhalla, NY 10595-2321 |
| 6530060 | ^ | MEBN | May 26 2022 21:50:46 | CenterPoint Energy, Attn: Bankruptcy, PO Box 4981, Houston, TX 77210-4981 |
| 6542783 | + | Email/Text: enotifications@santanderconsumerusa.com | May 26 2022 21:51:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 6530065 | + | Email/Text: commonwealth@ebn.phinsolutions.com | May 26 2022 21:51:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 6530066 | + | Email/Text: ebnnotifications@creditacceptance.com | May 26 2022 21:51:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 6530067 | + | Email/Text: EBN@thecmigroup.com | May 26 2022 21:51:00 | Credit Management, LP, Attn: Bankruptcy, PO Box 118288, Carrollton, TX 75011-8288 |
| 6530070 | + | Email/Text: bknotice@ercbpo.com | May 26 2022 21:51:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 6530071 | + | Email/Text: credit7@entergy.com | May 26 2022 21:51:00 | Entergy Arkansas, Inc., Attn: Bankruptcy, PO Box 8101, Baton Rouge, LA 70891-8101 |
| 6551125 | | Email/Text: credit7@entergy.com | May 26 2022 21:51:00 | Entergy Arkansas, LLC, L-JEF-359, 4809 Jefferson Hwy Ste A, New Orleans, LA 70121-3138 |
| 6530072 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 26 2022 21:59:56 | First PREMIER Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 6530073 | + | Email/Text: Bankruptcy@ICSystem.com | May 26 2022 21:52:00 | IC System, Inc, Attn: Bankruptcy, PO Box 64378, Saint Paul, MN 55164-0378 |
| 6530074 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 26 2022 21:51:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 6558559 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 26 2022 21:51:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 6530076 | + | Email/Text: verityj22@hotmail.com | May 26 2022 21:51:00 | John Gibson Auto Sales, Attn: Bankruptcy, 1425 Airport Rd, Hot Springs, AR 71913-7955 |
| 6566979 | + | Email/Text: gayep@priorityins.com | May 26 2022 21:51:00 | PRIORITY INSURANCE, PO BOX 5849, NLR, AR 72119-5849 |
| 6530077 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 26 2022 21:52:00 | Progressive Insurance Company, PO Box 55156, Boston, MA 02205-5156 |
| 6530078 | + | Email/Text: susan@rapaxray.com | May 26 2022 21:52:00 | Radiology Associates, PA, PO Box 8801, Little Rock, AR 72231-8801 |
| 6530079 | + | Email/Text: enotifications@santanderconsumerusa.com | May 26 2022 21:51:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-FD7, 601 Penn St., Reading, PA 19601-3544 |
| 6530080 | + | Email/Text: asmith@securitycreditservicesllc.com | May 26 2022 21:51:00 | Security Credit Services, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 6530081 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | May 26 2022 21:59:50 | T-Mobile USA, PO Box 53410, Bellevue, WA 98015 |
| 6530085 | + | Email/Text: ECMCBKNotices@ecmc.org | | |

| | | |
|---|---|---|
| District/off: 0860-4 | User: admin | Page 3 of 3 |
| Date Rcvd: May 26, 2022 | Form ID: pdf03As | Total Noticed: 49 |

|  |  |  |  |
|---|---|---|---|
|  |  | May 26 2022 21:51:00 | U.S. Department of Education, ECMC/Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |
| 6530088 | + Email/Text: ebn@wfcorp.com | May 26 2022 21:52:00 | Williams & Fudge, PO Box 11590, Rock Hill, SC 29731-1590 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| res | *+ | Dalvin Candler, 8120 Hwy 107, Sherwood, AR 72120-3866 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Debtor Crystal G. Candler bcwlawecf@gmail.com;R41121@notify.bestcase.com |
| Joyce Bradley Babin | ecfmail@13ark.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;Kent.H.Johnson@usdoj.gov |

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: CRYSTAL G. CANDLER                                                                CASE NO: 4:20-bk-11253 T
DEBTOR                                                                                                  CHAPTER 13

## ORDER CONFIRMING CHAPTER 13 PLAN
## AS MODIFIED ON April 25, 2022

The court finds that the modified plan as filed by the debtor on April 25, 2022, complies with all provisions of Chapter 13 and with all other provisions of Title 11 of the United States Code; that all fees, charges, or amounts required under Chapter 123 of Title 28 or by the plan, to be paid before confirmation, have been paid; that the plan has been proposed in good faith and not by any means forbidden by law; that the plan complies with Section 1325 of the United States Bankruptcy Code, and that the plan should be confirmed. Therefore,

IT IS ORDERED:

1. All objections to the modified plan are withdrawn or, by entry of this order, overruled. The plan should be and hereby is confirmed. To effectuate the plan, the debtor shall pay to the Trustee according to the plan, which plan shall be in compliance with applicable federal law. The payments shall continue until further orders of the court.

2. Notwithstanding any plan term to the contrary, the debtor may not obtain a refund or disbursement from the Trustee without a court order after notice and hearing, except that upon conversion to a Chapter 7 case, the Trustee is ordered to return undistributed postpetition wages or regular income to the debtor unless otherwise ordered by the court.

3. Notwithstanding the provisions of the chapter 13 plan, the Trustee shall receive such percentage fee of plan payments as may be periodically fixed by the Attorney General pursuant to 28 U.S.C. § 586 and pursuant to 11 U.S.C. § 1326(b)(2).

4. Whenever the plan confirmed by this Order refers to the debt, debts, claim or claims of creditors, such reference shall be construed to mean allowed claim or allowed claims. The total amount of an allowed claim shall be the amount stated on a proof of claim properly filed by or on behalf of such creditor, unless the Court determines a different amount following the filing of an objection to such claim.

5. Additional terms to be incorporated into the plan:

IT IS SO ORDERED.

Date:   May 26, 2022                                                       /s/ Richard D. Taylor
                                                                                         Richard D. Taylor
                                                                                         United States Bankruptcy Judge

cc:   Joyce Bradley Babin
       Brian Christopher Wilson
       Crystal G. Candler
       All Creditors

GO 11-6 / an / 215